RONALD K. ALBERTS (SBN: 100017)
HELA VAKNIN (SBN: 342083)
ralberts@grsm.com
hvaknin@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5088
Facsimile: (213) 680-4470

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

MICHELLE L. ROBERTS – State Bar No. 239092
michelle@robertsdisability.com
KRISTIN P. KYLE DE BAUTISTA – State Bar No. 221750
kristin@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff
MACDONALD MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACDONALD MORRIS,<br><br>          Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendants. | CASE NO. 3:25-cv-01686-MMC<br>*Hon. Judge Maxine M. Chesney*<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Macdonald Morris ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("Defendant") (collectively, the "Parties"), through their respective undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby

1  stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With
2  Prejudice of this action, including all claims and counterclaims stated herein against all parties,
3  with each party to bear its own attorney's fees and costs.
4      **IT IS SO STIPULATED.**
5
6  Dated:  July 17, 2025          GORDON REES SCULLY MANSUKHANI, LLP
7
    By:   /s/Ronald K. Alberts
8          Ronald K. Alberts
        Hela Vaknin
9          Attorneys for Defendant
        METROPOLITAN LIFE INSURANCE
10        COMPANY
11
12 Dated: July 17, 2025          ROBERTS DISABILITY LAW, P.C.
13     By:   /s/Kristin P. Kyle de Bautista
        Kristin P. Kyle de Bautista
14         Michelle L. Roberts
        Attorneys for Plaintiff
15        MACDONALD MORRIS
16
17
        **ATTESTATION OF E-FILED SIGNATURE**
18
    I, Ronald K. Alberts, am the ECF user whose ID and password are being used to file this
19
20 Joint Stipulation of Dismissal. In compliance with Local Rule 5-1(h), I hereby attest that Kristin

21 P. Kyle de Bautista and Michelle L. Roberts, counsel for Plaintiff Macdonald Morris, have

22 concurred in this filing.
23
          /s/Ronald K. Alberts
24          Ronald K. Alberts
25
26
27
28

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1  **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

2  Having reviewed the stipulation of the parties and good cause showing, the Court hereby

3  GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 3:25-cv-01686-

4  MMC, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and

5  expenses in this matter.

6  **IT IS SO ORDERED.**

10  Dated: July 18, 2025

Hon. Maxine M. Chesney
United States District Judge